**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MOBARAK SHAH NAZARI** **PETITIONER**
**#A 221-192-239**

**VERSUS** **CIVIL ACTION NO. 5:26cv447-DCB-BWR**

**R. VERGARA,**
**Warden of Adams County Correctional Center** **RESPONDENT**

**ORDER GRANTING MOTIONS TO AMEND AND DENYING MOTION TO SEAL**

BEFORE THE COURT are *pro se* Petitioner Mobarak Shah Nazari's Emergency Motion for Immediate Release [3], Motion to Expedite [4], which the Court construes as motions to amend, and Motion to Seal Records [5]. Nazari is an alien detainee housed at the Adams County Correctional Center in Natchez, Mississippi. He brings this action under 28 U.S.C. § 2241. He reasserts and supplements his Petition [1] and moves to seal this case. The Court has considered Petitioner's submissions and the relevant legal authority.

The motions [3, 4] to amend are granted to the extent they supplement the Petition. The Court will consider the allegations contained within the pleadings.

The Motion to Seal [5] asks that either the entire case or any documents containing sensitive information be sealed from public access. Mot. [5] at 1–2. This motion is denied. The case has already been filed under access restricted to case participants and public terminals. *See* Fed. R. Civ. P. 5.2(c). Petitioner does not provide any authority in support of a higher level of restriction at this time.

**IT IS, THEREFORE, ORDERED** that *pro se* Petitioner Mobarak Shah Nazari's Emergency Motion for Immediate Release [3] and Motion to Expedite [4], which the Court construes as motions to amend, are **GRANTED** to the extent they supplement the pleadings.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Seal Records [5] is **DENIED.**

**SO ORDERED**, this 15th day of June, 2026.

s/ Bradley W. Rath
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE