## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**MOBARAK SHAH NAZARI**
**A# 221-192-239**                                                              **PETITIONER**

**V.**                                     **CIVIL ACTION NO. 5:26-CV-447-DCB-BWR**

**R. VERGARA,**
**Warden of Adams County Correctional Center**               **RESPONDENT**

### <u>ORDER</u>

This matter is before the Court on Mobarak Shah Nazari's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1].[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi. Having reviewed the Petition [1] and Memorandum in Support [2], the Court finds that further development of the record is necessary to consider this habeas petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondent shall file with his answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] and Memorandum in Support [2] filed on May 11, 2026,

---

[1] Petitioner paid the filing fee on June 10, 2026.

a copy of the Order [8] entered on June 15, 2026, a copy of the Motion to Expedite [4] and Emergency Immediate Release [3] filed on May 11, 2026, that are construed as supplements to his Petition[1], *see* Order [8], and a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39210.

   **SO ORDERED**, this 15th day of June, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE